IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANGELICA CARDENAS,

Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

**8:25CV550**

**ORDER**

This matter is before the Court on the Commissioner of Social Security's ("Commissioner") Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 20). He asks the Court to (1) reverse his final decision denying plaintiff Angelica Cardenas's ("Cardenas") claim for disability benefits and supplemental security income under the Social Security Act ("Act"), 42 U.S.C. § 401 *et seq.*, and (2) remand this case for further administrative proceedings pursuant to sentence four of section 205(g) of the Act, 42 U.S.C. § 405(g),[1] and *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991). The Commissioner avers that on "remand, an administrative law judge will offer [Cardenas] the opportunity for a hearing and will issue a decision."

After careful review, the Court sees no reason to deny the Commissioner's unopposed motion. Accordingly,

IT IS ORDERED:

1.    The Commissioner of Social Security's Unopposed Motion to Reverse and Remand pursuant to Sentence Four of 42 U.S.C. § 405(g) (Filing No. 20) is granted.

---

[1]Sentence four authorizes the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." *Id.*

2. His final decision denying plaintiff Angelica Cardenas's request for benefits under the Social Security Act is reversed and remanded for further administrative proceedings.

3. A separate judgment will issue.

Dated this 17th day of April 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge

2