IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANGELICA CARDENAS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | **8:25CV550**<br><br>**ORDER** |

This matter is before the Court on plaintiff Angelica Cardenas's ("Cardenas") amended motion for an award of attorney fees and costs (Filing No. 27) under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412.[1] She seeks $7,723.48 in fees and $405 in costs. Section 2412(d)(1)(A) authorizes the Court to award "fees and other expenses" to a prevailing party in any civil action "brought by or against the United States," unless the Court determines the government's position was "substantially justified or that special circumstances make an award unjust."

The Commissioner of Social Security ("Commissioner") does not oppose (Filing No. 28) Cardenas's motion. The Commissioner agrees she is entitled to $7,723.48 in attorney fees and reimbursement of the filing fee of $405 "from the Judgment Fund administered by the United States Treasury." *See* 28 U.S.C. § 2412(d)(2)(A) (providing for a fee award in excess of $125 per hour if warranted by an increase in the cost of living); *see also Johnson v. Sullivan*, 919 F.2d 503, 504 (8th Cir. 1990) (concluding that "the Consumer Price Index constitutes 'proper proof' of increased cost of living" and can justify an increased EAJA attorney fee award). He further notes that "[i]n accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA fee is payable to [Cardenas] as the litigant

[1]Cardenas's amended motion appears to supersede the original motion for attorney fees she filed on July 16, 2026 (Filing No. 24).

and may be subject to offset to satisfy a pre-existing debt that the litigant owes to the United States."

In light of the parties' agreement and based on the undisputed record in this case, the Court finds that Cardenas is a prevailing party entitled to an EAJA attorney fee award of $7,723.48 to be paid by the Social Security Administration. She has satisfied the statutory requirements under the EAJA, *see* 28 U.S.C. § 2412(d)(1)(A), and her attorney-fee request is timely,[2] reasonable, and adequately supported. She is also entitled to reimbursement of her $405 filing fee from the Judgment Fund. Accordingly,

IT IS ORDERED:

1. Plaintiff Angelica Cardenas's motion for attorney fees and costs (Filing No. 27) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), is granted.
2. Cardenas is awarded attorney fees in the amount of $7,723.48 and costs of $405.
3. The Social Security Administration shall make the fee award payable to Cardenas and deliver the payment less any applicable offset to her counsel at his address of record.
4. Cardenas's original motion for attorney fees (Filing No. 24) is denied as moot.
5. A separate judgment will issue.

Dated this 21st day of September 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge

---

[2]A prevailing party requesting an EAJA fee award based on a remand under sentence four of 42 U.S.C. § 405(g) must apply no later than thirty days after the judgment has been entered and the appeal period has run such that the judgment is no longer appealable. *See Pottsmith v. Barnhart*, 306 F.3d 526, 527-28 (8th Cir. 2002); *see also Shalala v. Schaefer*, 509 U.S. 292, 302 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 94-97 (1991).